FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Wofford, Savannah Rose<br><br>　　　　Defendant. | Case No.: SACR10-259-JVS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　　☒　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _background, cmty ties unknown due to failure to interview; bail resources unknown; nature of allegations, incl def's conduct in absconding_

1  from supervision; evidence she cannot be relied upon to
2  comply w/conditions of release; assoc w/multiple
3  and/or personal identifiers; ongoing substance abuse problem

4  B.   (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7  finding is based on ~~ongoing~~ substance abuse ~~problem~~ history;
8  lengthy criminal history record; parole violation history

13       IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED:  12/27/12

   ROBERT N. BLOCK
17  UNITED STATES MAGISTRATE JUDGE