O

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SACR10-259-JVS |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Wofford, Savannah | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _CD CA_, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and _her failure to appear on Oct 17, 2013 as ordered,_

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _backgrd, cmty ties unknown due to failure to interview; bail resources unknown; assoc w/multiple personal_

1   _identifiers; conduct in failing to appear as ordered;_
2   _substance abuse history; history of noncompliance_
3   and/or _w/supervision conditions_
4  B.   [X] The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on _Criminal history record;_
8       _substance abuse history_

13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

16  DATED: __4/16/14__

                                    ROBERT N. BLOCK
                                    UNITED STATES MAGISTRATE JUDGE